UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Samuel Espinoza Rodriguez, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-2304 |
| | § | |
| Lorie Davis, | § | |
| Respondent. | § | |

## Order of Adoption

On July 23, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (20) recommending that the court deny Samuel Rodriguez's petition for writ of habeas corpus. Rodriguez filed objections. (21) The court denies Rodriguez's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on August 14, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge