United States District Court
Southern District of Texas
**ENTERED**
August 14, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Samuel Espinoza Rodriguez, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-2304 |
| | § | |
| Lorie Davis, | § | |
|    Respondent. | § | |

## Final Judgment

Rodriguez's petition for writ of habeas corpus is denied with prejudice. A certificate of appealability will not issue.

Signed on August 14, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge